IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF IDAHO

| | |
|---|---|
| JIMMIE ECKWORTZEL, ) | Civil No.  CV07-497-C-EJL |
| Plaintiff, ) | |
| v. ) | **ORDER ON REPORT AND RECOMMENDATION** |
| SANDRA L. CROSSMAN, and ) CLEO TRAVIS ) | |
| Defendants. ) | |

On April 30, 2008, United States Magistrate Judge Candy W. Dale issued a Report and Recommendation, recommending that Plaintiff's motion to remand be denied, both Defendants' motions for summary judgment be granted, and that Plaintiff's complaint be dismissed with prejudice. Any party may challenge a Magistrate Judge's proposed recommendation regarding by filing written objections within ten days after being served with a copy of the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1)(C). Thereafter, a party may respond to the objections within ten days. Fed. R. Civ. P. 72. The district court must then "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate. Id.; see also Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report and recommendation and the Defendants have responded. (Dkt. Nos. 36, 37).

The Plaintiff's objections are a continuation of his arguments that he is not liable to pay taxes and that jurisdiction here is not proper. The Court has reviewed the report and recommendation, the parties' motions, briefing, and the entire record in these matters. Based upon this review, the Court finds the report and recommendation has correctly decided the motions and this Court is in agreement with the reasoning of the Magistrate Judge.

ORDER - 1

**ORDER**

Having conducted a *de novo* review of the Report and Recommendation, this Court finds that Magistrate Judge Dale's Report and Recommendation is well founded in law and consistent with this Court's own view of the evidence in the record. Acting on the recommendation of Magistrate Judge Dale, and this Court being fully advised in the premises, **IT IS HEREBY ORDERED** that the Report and Recommendation entered on April 30, 2008, (Docket No. 34), should be, and is hereby, **INCORPORATED** by reference and **ADOPTED** in its entirety.

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1)   Plaintiff's Motion to Remand (Dkt. No. 9) is **DENIED**.

2)   Defendant Crossman's Motion for Summary Judgment (Dkt. No. 14) is **GRANTED**.

3)   Defendant Travis's Motion for Summary Judgment (Dkt. No. 22) is **GRANTED**.

4)   Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** and the case is closed.

DATED: **June 4, 2008**

Honorable Edward J. Lodge
U. S. District Judge

ORDER - 2                                              - 2 -